548 A.2d 252

**HELMS EXPRESS**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (LEMONDS), Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1988.

Decided Oct. 20, 1988.

Neil J. Rovner, Richard C. Angino, Harrisburg, for appellants.

Arthur Leonard, Pittsburgh, for appellee.

320

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.